**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**


**CHERYL KING**                                                                 **PLAINTIFF**

**V.**                              **CIVIL ACTION NO.1:05CV675 LTS-RHW**

**JAMES W. SMITH and
ALLSTATE INDEMNITY COMPANY**                           **DEFENDANTS**


## ORDER FOR REMAND RELATED DISCOVERY

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the parties shall be permitted to conduct the following remand-related discovery:

Plaintiffs shall be permitted (but not required) to take the deposition testimony of Defendant James W. Smith.

Defendants shall be permitted (but not required) to take the deposition testimony of Plaintiff Cheryl King.

These depositions shall be taken, if at all, within sixty days of the date of this order. These depositions shall be limited to remand-related facts, and these depositions shall be taken without prejudice to the parties' rights to take discovery, including subsequent depositions, if necessary, from Plaintiff Cheryl King and from Defendant James W. Smith, on all other issues.

**SO ORDERED** this 7th day of December, 2006.

                                                   s/ *L. T. Senter, Jr.*
                                                   L. T. Senter, Jr.
                                                   Senior Judge