UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHERYL KING**  **PLAINTIFF**

V.  CIVIL ACTION NO.1:05CV675 LTS-RHW

**JAMES W. SMITH and**
**ALLSTATE INDEMNITY COMPANY**  **DEFENDANTS**

## ORDER OF REMAND

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the defendants' Motion [34] To Amend/Correct the Memorandum Opinion [31] and Order [32] previously entered in this case is **DENIED**;

That the Memorandum Opinion [31] and Order [32] entered on April 25, 2006, are hereby **CONFORMED**;

That the plaintiff's Motion To Remand [3] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Hancock County, Mississippi;

That the Clerk of Court shall take the steps necessary to return this case to the court from which it was removed; and

That the plaintiff's Motion [38] To Dismiss for Lack of Jurisdiction Defendants' Motion To Alter, Vacate, Deny or Review Remand Order is hereby **DENIED AS MOOT**.

**SO ORDERED** this 21st day of May, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE